[No. 4540–II.  Division Two.  December 31, 1980.]

*In the Matter of* THE CITY OF ABERDEEN, *Respondent,*
v. HERBERT FOVARGUE, ET AL, *Defendants,*
MART LIIKANE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 70656, John H. Kirkwood, J., entered April 27, 1979. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Pearson and Petrich, JJ.

[No. 8293–1–I.  Division One.  January 5, 1981.]

CHG INTERNATIONAL, INC., *Appellant,* v. RICHARD
C. HEDREEN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 860641, Nancy A. Holman, J., entered December 4, 1979. *Reversed* by unpublished per curiam opinion.

[No. 8168–3–I.  Division One.  January 5, 1981.]

SYLVAN MACKIE, ET AL, *Appellants,* v. THE
COUNTY OF ISLAND, *Respondent.*

Appeal from a judgment of the Superior Court for Island County, No. 10032, Howard A. Patrick, J., entered October 12, 1979. *Affirmed* by unpublished opinion per James, C.J., concurred in by Callow and Durham, JJ.

[No. 7891–7–I.  Division One.  January 5, 1981.]

JEROME HANUS, ET AL, *Appellants,* v. PIZZA
& PIPES–SEATTLE, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 847203, T. Patrick Corbett, J., entered July 26, 1979. *Affirmed* by unpublished opinion per James, C.J., concurred in by Callow and Durham, JJ.